UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| SHAUN L. STEELE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 3:18CV630-PPS |
| vs. | ) | |
| | ) | |
| KATHY GRIFFIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Shaun L. Steele, a *pro se* prisoner, moves for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b), the court:

(1) GRANTS the plaintiff leave to proceed *in forma pauperis* (ECF 6);

(2) ORDERS the plaintiff **Shaun L. Steele, IDOC # 994225** to immediately pay (and the facility having custody of him to automatically remit) **$8.00** to the clerk of this court as payment of the initial partial filing fee;

(3) ORDERS the plaintiff to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full;

(4) DIRECTS the clerk to create a ledger for receipt of these funds; and

(5) DIRECTS the clerk of court to ensure that a copy of this order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on September 27, 2018.

/s/ Philip P. Simon
Judge
United States District Court