UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHAUN L. STEELE,
    Plaintiff,

V.

CAUSE NO. 3:18-CV-00630-PPS-MGG

KATHY GRIFFIN, ET AL.
    Defendant(s).

SCANNED at MCF and Emailed on 10-19-18 by JM - 2 pages (date) (initials) (num)

## REQUEST TO FILE SECOND AMENDED COMPLAINT

Comes now Plaintiff Shaun L. Steele, *pro se*, pursuant to Fed. Civil Procedure Rule 15 (a)(2), and requests this court's permission to be able to amend the complaint for the second time as he has discovered the appropriate names of John Doe 1 and John Doe 2 (Amy Clark and Jeniffer Farmer). It will not prejudice the defendants at all as the defendants have not submitted their response yet and may not have even received the first complaint because the plaintiff has just recently paid the partial filing fee.

RESPECTFULLY SUBMITTED,

Shaun L. Steele, *pro se*
DOC # 994225
Miami Correctional Facility
3038 W. 850 South
Bunker Hill, IN 46914

1