UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHAUN L STEELE,

        Plaintiff,

        v.                                CAUSE NO.: 3:18-CV-630-PPS-MGG

KATHY GRIFFIN,
JOHN DOE 1,
BRAD ROGERS,
JOHN PERRY,
JOHN DOE 2,
SHARON HAWK,
CPL DOERING,

        Defendants.

ORDER

Shaun L. Steele, a *pro se* prisoner, moves to amend his amended complaint. ECF 13. He has submitted a proposed second amended complaint along with his motion. ECF 13-1. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 15, a party may amend his pleading once as a matter of course prior to or within 21 days after service of a responsive pleading. FED. R. CIV. P. 15(a)(1). After that, amendments may be made only by leave of Court, but leave to should be freely granted "when justice so requires." FED. R. CIV. P. 15(a)(2). Here, Steele wants to amend his complaint for a second time to name previously unidentified defendants. Notably, no responsive pleading has yet been served and, indeed, the amended complaint has not yet been screened under 28 U.S.C. § 1915A. In the interests of justice, the request will be granted.

For these reasons, the Court GRANTS the motion to amend (ECF 13) and

DIRECTS the clerk to separately file the amended complaint (ECF 13-1).

SO ORDERED this October 25, 2018.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge