UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHAUN L STEELE,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHY GRIFFIN,<br>BRAD ROGERS,<br>JOHN PERRY,<br>SHARON HAWK,<br>CPL DOERING,<br>AMY CLARK,<br>JENNIFER FARMER,<br>KIMBERLY SMITH,<br>MS LAUREN,<br>CHARMONIQUE GREEN,<br><br>    Defendants. | CAUSE NO.: 3:18-CV-630-PPS-MGG |

ORDER

Shaun L. Steele, a *pro se* prisoner, filed a request for the complaint to be served on the defendants. This motion is unnecessary. The complaint will be served after it is screened pursuant to 28 U.S.C. § 1915A if the court finds that it states a claim.

For these reasons, the court DENIES the request for service (ECF 21).

SO ORDERED this December 7, 2018.

                s/Michael G. Gotsch, Sr.
                Michael G. Gotsch, Sr.
                United States Magistrate Judge